PEOPLE v COCHRANE

Docket No. 55619. Argued March 5, 1975 (Calendar No. 13.)—Decided
    April 7, 1975.

PER CURIAM. The issues in this case having been thoroughly examined, and briefs and arguments thereon considered, it is the opinion of the Court that this appeal does not warrant further review. The order reported at 392 Mich 777 dated July 24, 1974 is vacated and leave to appeal is denied.

T. G. KAVANAGH, C. J., and T. M. KAVANAGH, SWAINSON, WILLIAMS, LEVIN, M. S. COLEMAN, and J. W. FITZGERALD, JJ., concurred.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *George S. Dunn,* Chief Assistant Prosecuting Attorney, for the people. *State Appellate Defender Office* (by *Francis L. Zebot),* for defendant on appeal. Case below, Court of Appeals No. 16702, order of January 25, 1974.